## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

---

## NOT DESIGNATED FOR PUBLICATION

---

Dan B. McKay  Jr.
Attorney at Law
P. O. Box 720
Bunkie LA 71322

**REHEARING ACTION: October 7, 2009**

**Docket Number: 09   00569-CW**

**DENNIS P. MCNEAL AND
FRANEY MCNEAL
VERSUS
AEGIS LENDING CORPORATION,
ET AL.**

**Writ Application from Avoyelles Parish Case No. 2007-1279 B**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux
Hon. John D. Saunders
Hon. Michael G. Sullivan
Hon. James T. Genovese
Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dennis P. McNeal** and **Franey McNeal** has this day been

    **DENIED.**
    Thibodeaux, C. J., would grant.
    Genovese, J., would grant.

cc: Charles Herman Heck, Jr., Counsel for the Applicant